IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAKA FATTAH, JR. | : | NO. 14-409 |

<u>ORDER</u>

AND NOW, this 6th day of January, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Chaka Fattah, Jr. to dismiss Count Eighteen for improper venue (Doc. # 47) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                   J.