IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| CHAKA FATTAH, JR. | : | NO. 14-409 |

ORDER

AND NOW, this 8th day of January, 2015, it is hereby

ORDERED that the motion of defendant Chaka Fattah, Jr. to dismiss

Count Twelve of the indictment (Doc. # 38) is DENIED.

_____

Defendant Chaka Fattah, Jr. ("Fattah") has been indicted

on twenty-three counts of fraud, theft, and tax-related offenses.

In his instant motion Fattah seeks the dismissal of Count Twelve of

the indictment for failure to state an offense.

Count Twelve charges Fattah with bank fraud in violation

of 18 U.S.C. § 1344 arising out of Fattah's alleged obtainment of a

loan from United Bank under false pretenses.  According to the

indictment, Fattah secured the loan by fraudulently representing

that it would be used for business purposes.  He purportedly went on

to use the proceeds for personal expenses.

Fattah contends that Count Twelve fails to state an

offense and must be dismissed.  Having carefully reviewed his

arguments and the language of the indictment, we conclude that Count

Twelve meets the standard for an indictment properly to state an

-2-

offense.  United States v. Bergrin, 650 F.3d 257, 264-65 (3d Cir.

2011).  Consequently the motion of the defendant is being denied.


BY THE COURT:


/s/ Harvey Bartle III
                                              J.