```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
            v.                  :
                                :
CHAKA FATTAH, JR.               :        NO. 14-409
```

<u>ORDER</u>

AND NOW, this 9th day of January, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Chaka Fattah, Jr. to dismiss Count Eight and Count Nine of the indictment (Doc. # 46) is DENIED.

                                        BY THE COURT:


                                        <u>/s/ Harvey Bartle III            </u>
                                                                   J.