```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
          v.                    :
                                :
CHAKA FATTAH, JR.               :       NO. 14-409
```

ORDER

AND NOW, this 22nd day of January, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Chaka Fattah, Jr. to "Quash the Indictment with Prejudice for Perjury Before the Grand Jury and Due to Repeated and Intentional Government Misconduct" (Doc. # 34) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                      J.