```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
          v.                   :
                               :
CHAKA FATTAH, JR.              :       NO. 14-409
```

ORDER

AND NOW, this 28th day of January, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Chaka Fattah, Jr. for a "Trial Continuance and Exclusion of Time Under the Speedy Trial Act" (Doc. # 106) is DENIED.

```
                         BY THE COURT:


                         /s/ Harvey Bartle III
                                                     J.
```