```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :         CRIMINAL ACTION
                                :
          v.                    :
                                :
CHAKA FATTAH, JR.               :         NO. 14-409
```

ORDER

AND NOW, this 3rd day of February, 2015, it is hereby ORDERED that the motion of defendant Chaka Fattah, Jr. to dismiss the indictment due to pre-indictment delay and vindictive prosecution (Doc. # 86) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.