```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
         v.                    :
                               :
CHAKA FATTAH, JR.              :       NO. 14-409
```

ORDER

AND NOW, this 15th day of October, 2015, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant for severance of counts due to improper joinder (doc. # 166) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.