IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 14-409-1 |
| CHAKA FATTAH, JR. | : |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction and sentence imposed on February 2, 2016.

Respectfully submitted,

/s/ Chaka Fattah, Jr.
CHAKA FATTAH, JR.