IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAKA FATTAH, JR. | : | NO. 14-409 |

## ORDER

AND NOW, this 2nd day of June, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Chaka Fattah, Jr. for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.