# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **V.** : | **CRIMINAL NO: 14-409** |
| : | |
| **CHAKA FATTAH, JR.** : | |

## NOTICE OF APPEAL

Defendant Chaka Fattah, Jr., hereby files this Notice of Appeal of the Court's Order (Doc. # 279) filed on November 18, 2021, Denying the Motion for Early Termination of Supervised Release (Doc. # 277) to the United States Court of Appeals for the Third Circuit.

                                        Respectfully Submitted,

                                        ___/s/ Chaka Fattah Jr.___
                                        CHAKA FATTAH, JR.
                                        PRO SE
                                        5783 Nassau Road
                                        Philadelphia, PA 19131
                                        (215) 301-8125
                                        cfattahjr@gmail.com

Dated: November 22, 2021

## **CERTIFICATE OF SERVICE**

I, Chaka Fattah, Jr., hereby certify that I have served a copy of the Notice of Appeal upon Eric Gibson, Assistant United States Attorney, via Electronic Case Filing to his office at United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 on the date indicated below.

      /s/ Chaka Fattah Jr.
CHAKA FATTAH, JR.
PRO SE

Date: November 22, 2021