**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NO: 14-409** |
| | : | |
| | : | |
| **CHAKA FATTAH, JR.** | : | |

**MOTION REQUESTING CHANGE TO TRAVEL LIMITATIONS UNDER**
**SUPERVISED RELEASE CONDITIONS BETWEEN AUGUST 2023 AND MAY 2025**

Chaka Fattah, Jr. respectfully requests a change to the supervised release conditions from August 15, 2023 through May 5, 2025, which is the date the supervised release would end unless this Court grants early termination prior to that date.

For a period of 38.5 months, from May 6, 2020 through July 20, 2023, Mr. Fattah has complied with every condition of supervised release. In addition, Mr. Fattah has completed the Drexel Reentry Project cognitive behavioral therapy (6-month) program and has been employed since prior to his release on May 6, 2020.

Mr. Fattah currently has to notify probation a few weeks in advance for personal travel, and has been previously approved to travel to both New Jersey and New York multiple times.

Mr. Fattah respectfully asks this Court to modify the travel restrictions to allow for domestic United States travel, and to include Puerto Rico and St. Thomas which are also U.S. territories without prior notification to Probation.

As this Court is aware, no conduct in the instant case occurred outside of Philadelphia and Mr. Fattah posits there is no risk to allowing him to travel without completing forms and submitting them weeks in advance.

As the Court is aware, Mr. Fattah has had no further legal issues outside of this case, has had no contact with law enforcement, and is working hard toward rehabilitation as much as possible.

The travel conditions do not allow Mr. Fattah to travel 15 minutes away to Camden, New Jersey, 30 minutes to Cherry Hill, New Jersey, or 1-2 hours Manhattan, New York without planning weeks in advance. Now, three years and a few months after beginning supervised release, Mr. Fattah asks for this change to his conditions recognizing that if granted Court approval would still be necessary for overseas travel, if any. This Court previously granted the return of Mr. Fattah's passport and the Order recognized that Mr. Fattah would still need prior Court approval for such international travel.

Respectfully submitted,

/s/ Chaka Fattah Jr.
CHAKA FATTAH JR.
PRO SE

## **CERTIFICATE OF SERVICE**

I, Chaka Fattah, Jr., hereby certify that I have served a copy of the Motion Requesting Change to Travel Limitations Under Supervised Release Conditions upon Eric Gibson, Assistant United States Attorney, via Electronic Case Filing to his office at United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 on the date indicated below.

/s/ Chaka Fattah Jr.
CHAKA FATTAH, JR.
PRO SE

Date: July 20, 2023