# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

        v. : Criminal No. 14-409-01

CHAKA FATTAH, JR., and : 

TML COMMUNICATIONS, LLC : 
1500 John F. Kennedy Blvd., Suite 400
Philadelphia, PA 19102, :

        Garnishee. :

## ANSWER OF GARNISHEE

I, **Teresa M. Lundy**_____, pursuant to 28 U.S.C. § 1746(2), hereby
*(Your Name)*

certify the following:

1. I am **Founder/Principal**_____ of Garnishee. On
*(Your Position/Title)*

**March 16**_____, 2026, the Garnishee was served with the Writ of
*(Date Writ Was Received by You)*

Garnishment issued in the above-captioned case.

2. The Garnishee is *(Choose One)*:

    ☐ Individual doing business in the name of:_____

    ☐ A partnership composed of:_____

    ☑ A corporation, LLP or LLC organized under the laws of the state of: **Pennsylvania**

3. At the time Garnishee was served with the Writ, Garnishee had in its possession

or control the following property of the defendant:

    a. Garnishee has contracted with or employed the Defendant from

    **9/1/2025**_____ to**8/31/2026**_____.

b. The defendant's pay period is:

☐ weekly ☑ bi-weekly ☐ monthly ☐ other: _____

c. The current pay period for the defendant began 3/6/26 _____

and ends 3/19/26 _____.

4. Enter amounts for the current pay period to calculate the garnishment:

a. Gross Earnings:[1] ........................ ............... $ $2,750.00 _____

b. Less: Deductions Required by Law:

Federal Income Tax: ...........$ 0 _____

F.I.C.A. Tax: ..................$ 0 _____

State Income Tax: .............$ 0 _____

City/Local Income Tax: ........$ 0 _____

Total Withholdings: ............. ............... $ 0 _____

c. Disposable Earnings: (a) less total of (b) ............... $ 2,750.00 _____

75 percent of the disposable earnings is: $ 2,062.50 _____. (*To calculate the amount of*

*exempt pay, multiply (c) above x .75*).

d. Nonexempt disposable earnings required to be withheld is the lesser of:

25 percent of disposable earnings = $687.50 _____, OR

Disposable earnings, less $217.50 = $2,632.50. (c) less (30 x $7.25).[2]

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25 percent of disposable earnings. 28 U.S.C. §§ 3002(5), (6), and (9).

[2] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum amount subject to garnishment is 25 percent of disposable earnings for a week, or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

5.    The Garnishee has custody, control or possession of the following property in which the defendant maintains an interest, as described below:

| DESCRIPTION OF PROPERTY | APPROXIMATE VALUE OF PROPERTY | DESCRIPTION OF DEFENDANT'S INTEREST IN PROPERTY |
|---|---|---|
| N/A | | |
| | | |

6.    Garnishee anticipates owing to the defendant in the future, the following amounts:

| AMOUNT OWED TO DEFENDANT | APPROXIMATE DATE OR PERIOD DUE |
|---|---|
| $2,750.00 per pay period | Bi-weekly through August 31, 2026 (12 remaining pay periods; total anticipated: $33,000.00) |

7.    Have there been previous garnishments in effect for the defendant?

☐ NO.

☑ YES. Please explain: See attached. _____

_____

_____

8.    Check the applicable line below if you deny that you hold property subject to this Writ of Garnishment.

☐ Garnishee makes the following claim of exemption on the part of defendant:

_____

_____

_____

☐ *Or*, Garnishee has the following objections, defenses, or set-offs to the government's right to apply garnishee's indebtedness to the defendant upon the

government's claim:_____

_____

_____

☐ Garnishee has in no manner and upon no account been indebted or under liability to the defendant, and that the garnishee has not possessed or controlled any property belonging to the defendant.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS _____ DAY OF _____, 2026.

_____
GARNISHEE

- 4 -

**CERTIFICATE OF SERVICE**

I, _____Teresa M. Lundy_____, certify that a copy of the foregoing

Answer of Garnishee was served by **regular mail** or **electronic mail** to the following:

Lauren R. Baer
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
lauren.baer@usdoj.gov

Chaka Fattah, Jr.
410 Memphis Street, Apt 201
Philadelphia, PA 19125

with the Original sent by **regular mail** to:

Clerk, United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

_____
GARNISHEE

Date: _March 19, 2026_____

7. Yes. A prior Writ of Garnishment was issued to TML Communications, LLC in this matter on January 31, 2024, and served upon Garnishee on February 2, 2024 (Docket No. 14-409-01). Garnishee filed its Answer of Garnishee on February 6, 2024. The prior Writ was subsequently withdrawn by the United States pursuant to 28 U.S.C. § 3205(c)(10) by Praecipe to Withdraw filed February 26, 2024 (Doc. #332). Money owed was withheld but no money was remitted under the prior Writ prior to its withdrawal.

## ATTACHMENT TO ANSWER OF GARNISHEE

You must **mail** the original Answer to:

> Clerk, United States District Court
> 2609 U.S. Courthouse
> 601 Market Street
> Philadelphia, PA  19106,

*and* you also must **e-mail** a copy of the Answer to counsel for the United States of America:

> Lauren R. Baer
> Assistant United States Attorney
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA 19106-4476
> lauren.baer@usdoj.gov

*and* **mail or e-mail** the defendant:

> Chaka Fattah, Jr.
> 410 Memphis Street, Apt 201
> Philadelphia, PA 19125

RECEIVED

APR - 7 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



US POSTAGE & FEES PAID IMI
4 OZ GROUND ADVANTAGE RATE
ZONE 1
Commercial

☐ Stamps.com
063S0014950532
19768824
FROM 19103

04/01/2026

**G**

## USPS GROUND ADVANTAGE™

Mincey Fitzpatrick Ross, LLC
1650 Market St Ste 3600
Philadelphia PA 19103-7334

0001

SHIP
TO:

Clerk, United Stated District Court
2609 U.S. Courthouse
601 Market St
Philadelphia PA 19106-1729

## USPS TRACKING #



9400 1501 0579 7067 0770 63

